UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Casey Kearns,

Plaintiff,

vs.

L.S. Black Constructors, Inc.,
a Minnesota corporation,

Defendant.

Court File No.: 01-CV-228 ADM/AJB

**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER**

---

The above-entitled action has been fully settled. Accordingly, it is hereby stipulated by and between the parties through their respective undersigned attorneys that this action may be dismissed on its merits with prejudice but without costs to any party; and the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss this action without further notice to any party.

DATED: 8/26, 2001

**FABYANSKE, WESTRA & HART, P.A.**

By: [signature]
Julie A. Doherty (#237875)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115
ATTORNEYS FOR DEFENDANTS

SEP 04 2001

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED SEP 04 2001
DEPUTY CLERK

N:\PL\JAD\148843.doc

DATED: 8,30, 2001

**NICHOLS, KASTER & ANDERSON**

By: ______________________________

Paul J. Lukas (#22084X)
Steven Andrew Smith (#260836)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

**ORDER**

Pursuant to the Stipulation for Order of Dismissal with Prejudice executed on behalf of the parties to this lawsuit and on file herein, IT IS HEREBY ORDERED:

This lawsuit and all claims asserted herein are dismissed with prejudice but without the award of costs or attorney fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY

BY THE COURT:

Dated: August 31, 2001

______________________________
Judge of District Court
Ann D. Montgomery



FILED
RICHARD ... CLERK
JUDG...
DEPUTY CL...